IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| RICARDO PANNEFLEK<br><br>　　Plaintiff,<br><br>　　v.<br><br>MIAMI ALL NETWORK MARKETING INC.; RENZO VERASTEGUI; RENATTA G. VERASTEGUI; DELIVERY DRD CORP.; NEW LIFE BROADCASTING INC; ARSO RADIO CORPORATION; XYZ CORPORATION; JOHN DOE; JANE DOE<br><br>　　Defendants | CIVIL NO.: 22-1282 (ADC)<br><br><br><br>TRADEMARK INFRINGEMENT; UNFAIR COMPETITION; FALSE ADVERTISEMENT AND REQUEST FOR INJUNCTIVE RELIEF<br><br>JURY TRIAL |

## MOTION REQUESTING HEARING ON ORDER TO SHOW CAUSE

**TO THE HONORABLE COURT:**

COMES NOW plaintiff **Ricardo Panneflek** ("Panneflek" or "Plaintiff"), through the undersigned attorneys who respectfully state and pray as follows:

1. On June 16, 2022, the appearing party filed before this Honorable Court a Verified Complaint and a Memorandum in Support of its Request for Preliminary Injunction.

2. As may be verified in said documents defendants continued unauthorized use of plaintiff's *Collagen 21* registered trademark is causing irreparable harm to plaintiff.

3.     As a result, we hereby respectfully request that this Honorable Court enter the order to show cause as to why the preliminary injunction should not issue. *See* Dkt. No. 2-1.

**WHEREFORE,** it is respectfully requested that this Honorable Court enter the order to show cause as to why the preliminary injunction should not issue.  *See* Dkt. No. 2-1.

**RESPECTFULLY SUBMITTED**

On San Juan, Puerto Rico this 28th day of July 2022.

| **HOGLUND & PAMIAS, P.S.C.** | **BELÉNDEZ LAW OFFICES** |
|---|---|
| 256 Eleanor Roosevelt | PO BOX 11534 |
| San Juan, Puerto Rico 00918 | SAN JUAN, PUERTO RICO 00922 |
| Tel. (787) 772-9834 | Telephone: (787) 406-8668 |
| Fax. (787) 772-9533 | |
| | |
| *s/Samuel F. Pamias Portalatín* | *s/Laura Beléndez Ferrero* |
| USDC NO. 220309 | USDC NO. 216301 |
| samuel@hhoglund.com | Lbelendez@msn.com |